1028

[No. 45059-3-II.   Division Two.   April 19, 2016.]

*In the Matter of the Personal Restraint of* ROBERT SHERMAN WILSON, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Johanson, J., concurred in by Melnick and Sutton, JJ.

[No. 46760-7-II.   Division Two.   April 19, 2016.]

*In the Matter of the Detention of* JOHN E. BROOKS.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-11342-5, Gerald T. Costello, J., entered September 24, 2014. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Maxa, A.C.J., and Melnick, J.

[No. 47135-3-II.   Division Two.   April 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK ARNOLD LEE FICK, *Appellant.*

Appeal from a judgment of the Superior Court for Skamania County, No. 14-1-00060-8, Brian P. Altman and E. Thompson Reynolds, JJ., entered January 15, 2015. *Affirmed in part*, *reversed in part*, and *remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Melnick and Sutton, JJ.

[No. 47138-8-II.   Division Two.   April 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK ARNOLD LEE FICK, *Appellant.*

Appeal from a judgment of the Superior Court for Skamania County, No. 14-1-00077-2, Brian P. Altman, J., entered January 15, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Melnick and Sutton, JJ.